```
                                          FILED
                                 CLERK, U.S. DISTRICT COURT

                                        AUG 3 1 2015

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 EASTERN DIVISION  IV  BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: **EDCR15-00058-JGB** |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| **Jorge Luis Jasso-Torres** | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

|     |                                                                                                                                                                                                                                                                     |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | and/or                                                                                                                                                                                                                                                              |
| 2   | B. (X) The defendant has not met his/her burden of establishing by clear and                                                                                                                                                                                        |
| 3   | convincing evidence that he/she is not likely to pose a danger to the                                                                                                                                                                                               |
| 4   | safety of any other person or the community if released under 18 U.S.C.                                                                                                                                                                                             |
| 5   | § 3142(b) or (c). This finding is based on the following:                                                                                                                                                                                                           |
| 6   | (X)   information in the Pretrial Services Report and Recommendation                                                                                                                                                                                                |
| 7   | (X)   information in the violation petition and report(s)                                                                                                                                                                                                           |
| 8   | (X)   the defendant's nonobjection to detention at this time                                                                                                                                                                                                        |
| 9   | ( )   other: _____                                                                                                                                                                                                           |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: August 31, 2015

_____
SHERI PYM
United States Magistrate Judge

2